IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| ARMANDO VALDEZ, #792839 | § § § | |
| v. | § § | CIVIL ACTION NO. G-05-017 |
| | § § | |
| DOUG DRETKE, DIRECTOR TDCJ-CID | § § | |

**ORDER**

Before the Court is the Report and Recommendation of the United States Magistrate Judge that was entered on December 16, 2006. Petitioner has not filed his Objections after being given ample time to do so.

Having given this matter *de novo* review under 28 U.S.C. § 636(b)(1)(C), this Court finds that the Report and Recommendation should be **ACCEPTED**.

Accordingly, it is **ORDERED** that the Petition for a Writ of Habeas Corpus of Armando Valdez (Instrument No. 1) is **DISMISSED AS MOOT**.

**DONE** at Galveston, Texas this 25th day of January, 2006.

_____
Samuel B. Kent
United States District Judge