IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| ARMANDO VALDEZ, #792839 | § § § | |
| v. | § § § § | CIVIL ACTION NO. G-05-017 |
| DOUG DRETKE, DIRECTOR TDCJ-CID | § § | |

## FINAL JUDGMENT

For the reasons stated in this Court's Order entered on the same date herewith, this action is **DISMISSED**.

**THIS IS A FINAL JUDGMENT**.

**DONE** at Galveston, Texas this 25th day of January, 2006.

_____
Samuel B. Kent
United States District Judge